## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Anderson Marketing, Inc.,<br>a Minnesota corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>Royal Mouldings Limited,<br>a Nevada corporation,<br><br>  Defendant. | Civil No. 07-4183 (RHK/JSM)<br><br>**ORDER OF DISMISSAL<br>WITH PREJUDICE** |

Based on the parties' Joint Stipulation of Dismissal With Prejudice, **IT IS ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE** on the merits and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 15, 2008

                                                     s/Richard H. Kyle<br>
                                                   RICHARD H. KYLE<br>
                                                   United States District Judge